IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BERNHARDT L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 1:01CV00957 |
| ) | |
| COLLEZIONE EUROPA USA, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER and JUDGMENT

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff Bernhardt L.L.C. **SHALL HAVE AND RECOVER** from Defendant Collezione Europa USA, Inc., the sum of TWENTY-THREE THOUSAND TWO HUNDRED AND NO/100'S DOLLARS ($23,200.00) together with pre-judgment interest and costs.

IT IS FURTHER ORDERED that this action is **DISMISSED** with prejudice.

_____
United States District Judge

June 15, 2006